**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: LARACUENTE, HECTOR, SR. § Case No. 10-49954
§
H & V AUTO REPAIR §
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 08, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       60,001.62

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 5,756.31 |
    | Bank service fees | 962.30 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 19,000.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]   $ | 34,283.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/15/2011 and the deadline for filing governmental claims was 05/07/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,850.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,850.16, for a total compensation of $4,850.16.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2012          By:/s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

## Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-49954  
Case Name: LARACUENTE, HECTOR, SR.

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 11/08/10 (f)  
§341(a) Meeting Date: 12/10/10

Period Ending: 11/16/12

Claims Bar Date: 03/15/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 37460 Forest Dr., Beach Park IL 60087<br>Orig. Asset Memo: Orig. Description: Location: 37460 Forest Dr., Beach Park IL 60087; Imported from original petition Doc# 11 | 260,000.00 | 59,910.00 | | 60,000.00 | FA |
| 2 | misc. clothes<br>Orig. Asset Memo: Orig. Description: misc. clothes; Imported from Amended Doc#: 16; Original asset description: Opened  3/21/01  Last Active 10/11/10<br>Purchase Money Security<br>tools and machinery used for H&V Aut; Imported from Amended Doc#: 16; Original asset description: tools and machinery used for H&V Auto Repair | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Lawsuit resulting from auto accident.<br>Orig. Asset Memo: Orig. Description: Lawsuit resulting from auto accident.; Imported from Amended Doc#: 16; Original asset description: Opened  3/21/01  Last Active 10/11/10<br>Purchase Money Security<br>tools and machinery used for H&V Aut; Imported from Amended Doc#: 16; Original asset description: tools and machinery used for H&V Auto Repair | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 199F Ford F150 Truck (totalled)<br>Orig. Asset Memo: Orig. Description: 199F Ford F150 Truck (totalled); Imported from Amended Doc#: 16; Original asset description: Opened  3/21/01  Last Active 10/11/10<br>Purchase Money Security<br>tools and machinery used for H&V Aut; Imported from Amended Doc#: 16; Original asset description: tools and machinery used for H&V Auto Repair | 2,500.00 | 100.00 | | 0.00 | FA |
| 5 | tools and machinery used for H&V Auto Repair<br>Orig. Asset Memo: Orig. Description: tools and machinery used for H&V Auto Repair; Imported from Amended Doc#: 16; Original asset description: Opened 3/21/01  Last Active 10/11/10<br>Purchase Money Security<br>tools and machinery used for H&V Aut | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.62 | Unknown |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-49954  
Case Name: LARACUENTE, HECTOR, SR.

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 11/08/10 (f)  
§341(a) Meeting Date: 12/10/10

Period Ending: 11/16/12

Claims Bar Date: 03/15/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 6   Assets   Totals (Excluding unknown values) | $262,700.00 | $60,010.00 | | $60,001.62 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RECENTLY SOLD THE DEBTOR'S INTEREST IN A MARITAL HOME. THE TRUSTEE IS RETAINING AN ACCOUNTANT AND IS BEGUN THE PROCESS OF CLOSING THE ESTATE.

Initial Projected Date Of Final Report (TFR):    December 31, 2012        Current Projected Date Of Final Report (TFR):    December 31, 2012

Printed: 11/16/2012 10:20 AM    V.13.04

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 10-49954  
Case Name: LARACUENTE, HECTOR, SR.  
Taxpayer ID #: **-***6016  
Period Ending: 11/16/12  

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******72-65 - Checking Account  
Blanket Bond: $5,000,000.00  (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/11 | {1} | Vilma Laracuente | SALE OF REAL ESTATE | 1110-000 | ! 60,000.00 | | 60,000.00 |
| 08/20/11 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | | 3110-000 | | 5,490.00 | 54,510.00 |
| 08/20/11 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | | 3120-000 | | 233.20 | 54,276.80 |
| 08/20/11 | 1003 | Hector Laracuente | EXEMPTIONS OF THE DEBTOR | 8100-002 | | 19,000.00 | 35,276.80 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 35,276.99 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.50 | 35,229.49 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -22.50 | 35,251.99 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 35,252.27 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.42 | 35,179.85 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,180.14 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.88 | 35,110.26 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 35,110.54 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.96 | 35,033.58 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,033.87 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.98 | 34,961.89 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,962.18 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.43 | 34,885.75 |
| 02/15/12 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #10-49954, 2012-2013 Bond Premium | 2300-000 | | 33.11 | 34,852.64 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.09 | 34,783.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.27 | 34,712.28 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.75 | 34,643.53 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.09 | 34,565.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.46 | 34,496.98 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.40 | 34,421.58 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.88 | 34,348.70 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.69 | 34,283.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.27 | 34,205.74 |
| 11/01/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -77.27 | 34,283.01 |

|  | ACCOUNT TOTALS | 60,001.62 | 25,718.61 | $34,283.01 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 60,001.62 | 25,718.61 | |
|  | Less: Payments to Debtors | | 19,000.00 | |
|  | NET Receipts / Disbursements | $60,001.62 | $6,718.61 | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 11/16/2012 10:20 AM   V.13.04

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 10-49954  
Case Name: LARACUENTE, HECTOR, SR.

Taxpayer ID #: **-***6016  
Period Ending: 11/16/12

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******72-65 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 60,001.62  
Less Payments to Debtor : 19,000.00  
—————  
Net Estate : $41,001.62

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******72-65 | 60,001.62 | 6,718.61 | 34,283.01 |
|  | $60,001.62 | $6,718.61 | $34,283.01 |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 11/16/2012 10:20 AM     V.13.04

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-49954
Case Name: LARACUENTE, HECTOR, SR.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 34,283.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Snap-on Credit LLC | 633.43 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 34,283.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 4,850.16 | 0.00 | 4,850.16 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 11,027.50 | 5,490.00 | 5,537.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 312.96 | 233.20 | 79.76 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 684.50 | 0.00 | 684.50 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

Total to be paid for chapter 7 administration expenses: $ 11,237.92
Remaining balance: $ 23,045.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 23,045.09

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 23,045.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,782.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 428.58 | 0.00 | 96.09 |
| 3 | Discover Bank | 6,518.81 | 0.00 | 1,461.60 |
| 4 | Chase Bank USA, N.A. | 7,748.15 | 0.00 | 1,737.23 |
| 5 | Chase Bank USA, N.A. | 25,038.79 | 0.00 | 5,614.00 |
| 6 | Chase Bank USA, N.A. | 14,471.19 | 0.00 | 3,244.62 |
| 7 | Lechner & Sons Uniform Rental | 344.79 | 0.00 | 77.31 |
| 8 | Capital One Bank (USA), N.A. | 10,921.83 | 0.00 | 2,448.81 |
| 9 | Capital One Bank (USA), N.A. | 5,167.54 | 0.00 | 1,158.62 |
| 10 | American Express Bank, FSB | 17,885.43 | 0.00 | 4,010.13 |
| 11 | B-Line, LLC | 486.62 | 0.00 | 109.11 |
| 12 | US Bank N.A. | 13,770.74 | 0.00 | 3,087.57 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 23,045.09 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**