**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | LARACUENTE, HECTOR, SR. § | Case No. 10-49954 |
| | H & V AUTO REPAIR § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held on  **12/21/2012 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/31/2012            By:    /s/ Ilene F. Goldstein
                                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: LARACUENTE, HECTOR, SR. § | Case No. 10-49954 |
| § | |
| H & V AUTO REPAIR § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 60,001.62 |
| *and approved disbursements of* | $ | 25,718.61 |
| *leaving a balance on hand of* [1] | $ | 34,283.01 |
| **Balance on hand:** | $ | 34,283.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Snap-on Credit LLC | 633.43 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 34,283.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 4,850.16 | 0.00 | 4,850.16 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 11,027.50 | 5,490.00 | 5,537.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 312.96 | 233.20 | 79.76 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 684.50 | 0.00 | 684.50 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 11,237.92 |
| Remaining balance: | $ | 23,045.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 23,045.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 23,045.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,782.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 428.58 | 0.00 | 96.09 |
| 3 | Discover Bank | 6,518.81 | 0.00 | 1,461.60 |
| 4 | Chase Bank USA, N.A. | 7,748.15 | 0.00 | 1,737.23 |
| 5 | Chase Bank USA, N.A. | 25,038.79 | 0.00 | 5,614.00 |
| 6 | Chase Bank USA, N.A. | 14,471.19 | 0.00 | 3,244.62 |
| 7 | Lechner & Sons Uniform Rental | 344.79 | 0.00 | 77.31 |
| 8 | Capital One Bank (USA), N.A. | 10,921.83 | 0.00 | 2,448.81 |
| 9 | Capital One Bank (USA), N.A. | 5,167.54 | 0.00 | 1,158.62 |
| 10 | American Express Bank, FSB | 17,885.43 | 0.00 | 4,010.13 |
| 11 | B-Line, LLC | 486.62 | 0.00 | 109.11 |
| 12 | US Bank N.A. | 13,770.74 | 0.00 | 3,087.57 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for timely general unsecured claims: $ 23,045.09
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 10-49954-ABG
Hector Laracuente                                         Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1          User: tmaurer             Page 1 of 3             Date Rcvd: Nov 20, 2012
                              Form ID: pdf006           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2012.
db          +Hector Laracuente, Sr.,   38594 Sheridan Road, Suite D,    Beach Park, IL 60099-3936
16394088    +1st Data,   4000 Coral Ridge Drive,   Coral Springs, FL 33065-7614
16394089    +ADT,   PO Box 371967,   Pittsburgh, PA 15250-7967
16394092    +AT&T,   Attn: Bankruptcy Dept.,   5407 Andrews Highway,   Midland, TX 79706-2851
16394091     American Express,   2965 W. CORPORATE LAKES BLVD,   Weston, FL 33331-3626
16794301     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16394093    +Blatt Hasenliller Leibsker & Moore,   125 S. Wacker Drive,    Suite 400,   Chicago, IL 60606-4440
16394094    +Bp/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16394096   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank ( USA ) N.A.,    c/o TSYS Debt Management,
             P.O. Box 5155,   Norcross, GA 30091)
16394097   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,   Po Box 1093,   Northridge, CA 91328)
16394095     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
16628035     Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
             Charlotte, NC 28272-1083
16394098    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16590703     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16394099    +Chase Bank USA, NA,   131 S. Dearborn St. Fl. 5,   Attn: Michael D. Fine,
             Chicago, IL 60603-5571
16394100    +Citi,   Credit Bureau Disp P O Box 6497,   Sioux Falls, SD 57117-6497
16394101     Citi Mastercard,   PO Box 653054,   Dallas, TX 75265-3054
16394103    +First American Payment Systems,   100 Throckmorton St., Ste. 1800,   Fort Worth, TX 76102-2802
16394104    +Fnanb Visa,   Po Box 15298,   Wilmington, DE 19850-5298
16394105    +Fstampay-Mermaclse Acq,   301 Commerce St Ste 2000,   Fort Worth, TX 76102-4120
16394106    +Global Integrity LLC,   16625 Park Row,   Houston, TX 77084-5018
16394107     Gurnee Radiology,   25 Tower Ct # A,   Gurnee, IL 60031-3318
16394108     HSBC Customer Center,   PO Box 80082,   Salinas, CA 93912-0082
16394109    +Interstate All Battery Center,   1160 Flex Court,   Lake Zurich, IL 60047-1578
16394110    #+Jerry Schaper,   6102 Newbury Ct,   Gurnee, IL 60031-4731
16394112    +Lechner & Sons Uniform Rental,   420 Kingston Court,   Mount Prospect, IL 60056-6068
16394113     Messerli & Kramer PA,   3033 Campus Drive, Ste. 250,   Minneapolis, MN 55441-2662
16394114    +Norstates Bank,   1601 Lewis Ave.,   P.O. Box 39,   Waukegan, IL 60079-0039
16394115     North Shore Gas,   PO Box A3991,   Chicago, IL 60690-3991
16438797    +PEOPLES GAS LIGHT & COKE COMPANY,   130 EAST RANDOLPH DRIVE,   CHICAGO, ILLINOIS 60601-6203
16394116    +Professional Recovery Consultants,   2700 Meridian Parkway, Suite 200,   Durham, NC 27713-2450
16394117   ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-On Credit Llc,    Po Box 506,   Gurnee, IL 60031)
16394118    +Torres Crdit,   27 Fairview,   Carlisle, PA 17015-3200
16901461   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
16394120    +Victory Memorial Hospital,   1324 North Sheridan Road,   Waukegan, IL 60085-2199
16394121    +Zwicker & Assoc. PC,   7366 N. Lincoln Ave.,   Lincolnwood, IL 60712-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16394090      E-mail/Text: bkr@cardworks.com Nov 21 2012 02:47:05     Advanta Bank Corp,   P.O.Box 8088,
             Philadelphia, PA 19101-1256
16818740      E-mail/Text: resurgentbknotifications@resurgent.com Nov 21 2012 02:43:18     B-Line, LLC,
             MS 550,   PO Box 91121,   Seattle, WA 98111-9221
16559686      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2012 03:01:34     Discover Bank,
             DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
16394102      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2012 03:01:34     Discover Business Card,
             PO Box 3023,   New Albany, OH 43054-3023
16394111     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 21 2012 02:44:08     Kohls/Chase,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16461529     +E-mail/Text: bankruptcy@proconsrv.com Nov 21 2012 02:49:25     Pro Consulting Services,
             Collection Division,   PO Box 66510,   Houston, TX 77266-6510
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16477140*  ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-on Credit LLC,   950 Technology Way, Suite 301,
             Libertyville IL  60048)
16394119*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank Visa,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: tmaurer            Page 2 of 3           Date Rcvd: Nov 20, 2012
                              Form ID: pdf006          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: tmaurer              Page 3 of 3                Date Rcvd: Nov 20, 2012
                               Form ID: pdf006            Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2012 at the address(es) listed below:

          Ilene F Goldstein   on behalf of Trustee Ilene Goldstein ifgolds@aol.com, IL35@ecfcbis.com
          Ilene F Goldstein   ifgcourt@aol.com, IL35@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard N Golding   on behalf of Debtor Hector Laracuente rgolding@goldinglaw.net
          TOTAL: 4